AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| SOX, LLC d/b/a SOX EROSION SOLUTIONS | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:24-cv-60672-XXXX |
| CROSSCREEK ENVIRONMENTAL, INC. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CROSSCREEK ENVIRONMENTAL, INC.
c/o Carlton Campbell, Registered Agent
4020 11th Street Court West
Palmetto, FL  34221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin Markow, Esq. (Florida Bar No. 66982)
BECKER & POLIAKOFF, P.A.
1 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Tel: (954) 985-4174
Email: kmarkow@beckerlawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Apr 25, 2024

*s/ Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court